IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03388-RTG

STEVEN ROJAS, also known as STEVEN ROJAS LEMOS,

     Petitioner,

v.

ROBERT GUARDIAN, Office Director of ICE,

     Respondent.

---

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

     It has come to the Court's attention that ECF No. 1 was inadvertently used to initiate this new action instead of being filed in Petitioner's pending case, Civil Action No. 26-cv-03010-RTG. Thus, the Clerk of the Court is directed to file ECF No. 1 in Civil Action No. 26-cv-03010-RTG. The Clerk of the Court is further directed to administratively close this action.

     DATED: July 28, 2026